UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER,<br><br>            Plaintiff,<br><br>      v.<br><br>CHASE BANK NA, *et al.*,<br><br>            Defendants. | NO. C16-26RSL<br><br>ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS ALL CLAIMS AGAINST IT |

This matter comes before the Court on the "Motion of JPMorgan Chase Bank, N.A., to Dismiss All Claims Against It." Dkt. # 9. Having reviewed the memorandum filed in support of the motion and the remainder of the record, the Court finds as follows.

On January 27, 2016, defendant JPMorgan Chase filed a motion to dismiss all of Gary Alexander's claims against it, arguing that Alexander has no viable claims as a matter of law. Dkt. # 9. Alexander did not oppose the motion.

Although Alexander is proceeding pro se, he must follow the same rules of procedure as other litigants. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), overruled on other grounds, Lacey v. Maricopa Cty., 693 F.3d 896 (9th Cir. 2012). When "a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion had merit." Local Civil Rule 7(b)(2). After review of JPMorgan Chase's motion and the remainder of the record, the Court finds no reason not to apply this rule.

Therefore, JPMorgan Chase's motion to dismiss (Dkt. # 9) is GRANTED, and plaintiff's

ORDER GRANTING JPMORGAN
CHASE'S MOTION TO DISMISS - 1

claims against JPMorgan Chase are DISMISSED with prejudice.

DATED this 26th day of April, 2016.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING JPMORGAN
CHASE'S MOTION TO DISMISS - 2